IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRYL C. DANIELS,**

   *Plaintiff*,

v.   Case No.: 4:23cv476-MW/MJF

**CHRISTINE L. ARROYO, et al.,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed because Plaintiff failed to comply with two orders from this Court. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED**

**without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b)."

4. The Clerk shall close the file.

**SO ORDERED on April 15, 2024.**

                                                   **s/Mark E. Walker**  
                                                   **Chief United States District Judge**